UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. HERNANDEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>ALLEN, et al.,<br><br>          Defendants. | No. 2:20-cv-1661 DB P<br><br><br>ORDER |

Plaintiff is a former[1] state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims jail officials violated his rights while he was confined in the Amador County Jail.

Defendants have filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). (ECF Nos. 24, 25.) Plaintiff has not filed an opposition or statement of opposition.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On July 7, 2021 plaintiff was advised of the requirements for

////

---

[1] The California Department of Corrections and Rehabilitation's Inmate Locator website, http://www.inmatelocator.cdcr.ca.gov, indicates that plaintiff is not in custody. Plaintiff has not updated his address with the court as required by Eastern District of California Local Rule 182(f).

1

filing an opposition to a motion to dismiss and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. (ECF No. 21 at 3.)

Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss. Failure to file an opposition will be deemed a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated: December 9, 2021

/s/DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Civil Rights/R/hern1661.osc.mtd