UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY C. HERNANDEZ, | No. 2:20-cv-1661 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| ALLEN, et al., | |
| Defendants. | |

      Plaintiff is a former[1] state inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff claims jail officials violated his rights while he was confined in the Amador County Jail. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On January 21, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. (ECF No. 29.) Neither party has filed objections to the findings and recommendations.

////

---

[1] The California Department of Corrections and Rehabilitation's Inmate Locator website, http://www.inmatelocator.cdcr.ca.gov, indicates that plaintiff is not in custody. Plaintiff has not updated his address with the court as required by Eastern District of California Local Rule 182(f).

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 21, 2022, are adopted in full;

2. Defendants' motion to dismiss (ECF No. 25) is granted; and

3. This action is dismissed.

DATED: March 16, 2022                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE